COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REINSTATEMENT

Appellate case name:     Weldon Thomas v. Residential Credit Solutions

Appellate case number:   01-15-00190-CV

Trial court case number:  1054769

Trial court:            County Civil Court at Law No. 4 of Harris County

Date motion filed:       July 27, 2015

Party filing motion:      Appellant

On July 27, appellant filed a motion entitled Motion for Rehearing. We interpret this as a Motion for Reinstatement. *See* TEX. R. APP. P. 43.6, 44.3. It is ordered that the Motion for Reinstatement is **granted**. We withdraw our July 14, 2015 opinion and judgment and reinstate this case on the Court's active docket.

We further ORDER appellant, **within 15 days of the date of this order,** to provide written evidence **from the court reporter** showing that he has paid or made arrangements to pay the complete reporter's fee, or the Court will consider and decide only those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 34.6(b)(1), 35.3(b)(2), (b)(3), (c), 37.3(c).

No extensions of time for providing proof of payment for this fee will be granted.

Appellant's brief is ORDERED to be filed within 30 days after the reporter's record is filed. *See* TEX. R. APP. P. 38.6(a). Absent extraordinary circumstances, the Court will not grant an extension of time to file appellant's brief.

Appellee's brief, if any, is ORDERED to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

Judge's signature: /s/ Harvey Brown
                        Acting for the Court

Panel consists of: Justices Jennings, Bland, and Brown
Date:  August 27, 2015